IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                  No. CR 19-00601-JTM

ALYSSA LUNA,
    Defendant.

## MEMORANDUM AND ORDER

Defendant Alyssa Luna pled guilty to Conspiracy to Transport Illegal Aliens, 8 U.S.C. § 1324(a)(1)(A)(ii) and 8 U.S.C. § 1324(a)(1)(B)(i) on June 27, 2019 and was ordered to be released from the Bureau of Prisons on July 8, 2019. This Court also sentenced Ms. Luna to two years of supervised release. The matter is now before the court on Luna's motion for early termination of probation.

The defendant has been on supervised release for over a year and has not had any violations. She wishes to be able to travel to Gallup, New Mexico to visit her family more often, and would like to find a better job and place to live but is limited due to being on probation. The government and the United States Probation Office do not oppose the request.

IT IS ORDERED this day of October, 2020, that Defendant's Motion (Dkt. 33) is hereby granted.

                                                              *J. Thomas Marten*
                                                              J. Thomas Marten, Judge